AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

Manuel Gutierrez-Carmona -08
*Defendant*

Case No. **1:19-cr-0017 JMS -TAB**

FILED
JAN 2 2 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Manuel Gutierrez-Carmona,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

CLERK OF COURT, Laura A. Briggs
BY: [signature]
*Deputy Clerk*

Date:   1/16/2019

City and state:   Indianapolis, Indiana

| Return |
|---|
| This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19 at *(city and state)* Indianapolis, IN. |
| Date: 01-22-19         [signature] *Arresting officer's signature* |
|                                   SA Matt Holbrook    *Printed name and title* |